UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JACOB MICHAEL SHOEMAKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 09-74-B-W |
| MAINE, STATE OF, | ) ) | |
| Defendant. | ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 30, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus (Docket # 1) be and hereby is DISMISSED for want of prosecution.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2009